FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDULLAH ALTAYEH, | ) | FILED: AUGUST 18, 2008 |
| | ) | 08CV4689 |
| | ) | JUDGE LEFKOW |
| Petitioner, | ) | MAGISTRATE JUDGE NOLAN |
| | ) | |
| v. | ) | Case Number:      BER |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, CITIZENSHIP | ) | Alien #: 078-851-866 |
| AND IMMIGRANT SERVICES, | ) | |
| DON FERGUSON, in his official capacity | ) | |
| as District Director of Chicago District | ) | |
| Office, MICHAEL MUKASEY, | ) | |
| Attorney General of the United States, | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents | ) | |

**PETITION FOR MANDAMUS RELIEF**

NOW COMES the Petitioner, ABDULLAH ALTAYEH, by and through his attorneys, CARPENTER & CAPT, CHTD., and petitions this Court to Order the U.S. CIS to Adjudicate Petitioner's previously filed Naturalization Application, or grant him naturalization *sua sponte* if the U.S. CIS continues to neglect processing his application. Petitioner states the following in support of this Petition:

**NATURE OF THE CASE**

This action seeks an Order from the United States District Court, Northern District of Illinois, compelling the U.S. CIS's Chicago District Office to adjudicate Petitioner ABDULLAH ALTAYEH's application for naturalization. The time that has elapsed since

1

Petitioner's filing of his naturalization application and the present, with no activity moving towards resolution or adjudication of his filing, is unreasonable by any measure of that term.

### **INTRODUCTION**

Mr. Altayeh currently resides at 6315 Country Club Dr., Huntington, West Virginia 25705, for the purposes of his medical residency only. He maintains his permanent address in Chicago Ridge. Mr. Altayeh gained legal permanent residency through his marriage to a United States Citizen ("USC") on May 22, 2003. *See* Permanent Resident Card, attached as Exhibit 1.

Mr. Altayeh applied for naturalization on February 28, 2006. *See* N-400 receipt notice, attached as Exhibit 2. Mr. Altayeh received notice on May 9, 2006, requesting that he appear for his initial interview on June 26, 2006. *See* interview notice, attached as Exhibit 3. He later received another notice advising him that the scheduled interview was cancelled, and that he would be notified of any rescheduling. *See* interview descheduling notice, attached as Exhibit 4. Mr. Altayeh initiated a status inquiry on October 18, 2006 to inquire on the rescheduling of his interview. USCIS responded by stating that a final decision could not be made on the application until national security checks are complete. *See* status inquiry response letter, attached at Exhibit 5. Mr. Altayeh's counsel from the Council on American-Islamic Relations sent an email directly to the USCIS Customer Service unit requesting status on the application on January 29, 2007. A customer assistance officer replied on February 22, 2007, claiming that the reason for the delay in adjudicating Mr. Altayeh's naturalization application is that the "required investigation into his background remains open." The officer also indicated that USCIS could not provide

information as to when the background check would be completed. *See* email correspondence, attached as Exhibit 6. Mr. Altayeh proceeded to have an FBI criminal record check completed. *See* attached "no arrest record" notice from the FBI dated March 4, 2008, as Exhibit 7. More than 400 calendar days have passed since the initial interview was cancelled. Mr. Altayeh has not received notice or any rescheduled interview information.

     Mr. Altayeh is otherwise eligible for naturalization. Mr. Altayeh has resided continuously as a legal permanent resident in the United States for at least three [3] years, and has lived in marital union with his wife since that time. This satisfies requisite amount of time required for an applicant who obtained his lawful permanent residency through marriage to a USC.  *See* INA § 319(a). He has maintained physical presence for at least half that time. *See* Id. Mr. Altayeh has good moral character, is attached to the principles of the Constitution of the United States, and is well disposed to the good order and happiness of the United States. *See* INA § 316(a)(3).

     An Interoffice Memorandum of the USCIS dated February 4, 2008, imposes a 180-day limit on FBI name check processing for adjustment applications; however there is no such limit imposed on naturalization applications.  Consequently, a naturalization application could be stagnant indefinitely, with the general statement that "the name check is not completed." *See* Memorandum, attached as Exhibit 8. The government is still of course bound by the principals of the APA and of Mandamus precedent, where delays in adjudicating a naturalization application are unreasonable, as detailed *infra*.

## STATEMENT OF THE CASE

### Jurisdiction

1. Jurisdiction is conferred on this Court with respect to a Writ of Mandamus by 28 U.S.C. §1361, which provides for mandamus jurisdiction to compel officers and employees of the United States to perform a duty owed to the Petitioners.

2. The Agency Procedures Act (hereinafter "APA") provides that a person "adversely affected or aggrieved by agency actions [or failure to act, *see* 5 U.S.C. §§701(b)(2), 551(13)]… is entitled to judicial review thereof." 5 U.S.C. §702. The APA also requires the government to act within a *reasonable* amount of time. 5 U.S.C. §555(b).

3. Furthermore, the Seventh Circuit has held that INA §242(a)(2)(B)(i) does not divest courts of jurisdiction in adjustment of status cases where no actual decision was made on the merits. Iddir v. I.N.S., 301 F.3d 492, 497 (7th Cir. 2002). The Seventh Circuit held that the above-referenced section of the INA "only bars review of actual discretionary decisions to grant or deny relief under the enumerated sections." Id.

4. In allowing a mandamus action to proceed, the Seventh Circuit favorably adopted and cited language from another court which held, that "Plaintiff is not seeking review of a decision or action, which would be barred, but is seeking remediation of the lack of action, which is not barred." Id. at 498 (citing Nyaga v. Ashcroft, 186 F.Supp.2d 1244, 1250-53 (N.D.Ga. 2002) (Aff'd Nyaga v. Ashcroft, 323 F.3d 906 (11th Cir. 2003). See El-Khader v. Monica, 366 F.3d 562, 563, n.3 (7th Cir. 2004) (Seventh Circuit held that "INS's ***final decision*** … [was] precluded from judicial

review pursuant to §1252 (a)(2)(B)(ii) (emphasis added). Because Petitioner is not challenging a decision to deny relief, the relief sought is not discretionary and in fact, is by definition a mandatory duty to adjudicate. <u>Iddir</u> at 497-498.

### Venue

5. Pursuant to 28 U.S.C. §1391(e), venue lies in the Northern District of Illinois because this is where the Applicant resides, and where the Chicago District Office is located. This office has neglected to complete the adjudication of Petitioner's naturalization application.

### The Parties

6. Abdullah Altayeh is the naturalization applicant ("Applicant") whose application for naturalization has not been adjudicated as of this date. The United States Citizenship and Immigration Service's Chicago District Office is the office responsible for the adjudication of the aforementioned application for adjustment of status. Michael Mukasey, Attorney General, is a named party pursuant to Federal Rule of Civil Procedure 4.

### COUNT I: FAILURE OF THE U.S.C.I.S., formerly INS, CHICAGO DISTRICT OFFICE, TO DISCHARGE ITS DUTIES OF ADJUDICATING A PROPERLY FILED APPLICATION FOR NATURALIZATION IN A TIMELY MANNER

7. Mandamus actions can be used to compel action by an agency, so long as the action is not discretionary. An agency's decision not to act due to a policy position that effectively precludes a timely decision from being made is properly subject to an action in Mandamus. See <u>Ganem v. Heckler</u>, 746 F.2d 844 (D.C. Cir. 1984). Further, the APA provides, "The reviewing Court shall – (1) compel agency action unlawfully withheld or unreasonably delayed". 5 U.S.C. §706. This creates a right

of judicial review of agency action unlawfully withheld. <u>Rank v. Nimmo</u>, 677 F.2d 692, 698 (9th Cir. 1982).

This action is grounded in the Chicago District Office's neglect in adjudicating Mr. Altayeh's application for naturalization within a reasonable time. The Chicago District Office has not adjudicated the application after four and one-half years have elapsed since it was filed. This amount of time is unreasonable, especially considering that the U.S. CIS estimates its processing times as 13-15 months on naturalization applications.

8. Mandamus is an appropriate remedy here because (1) the Petitioner has a clear right to the relief sought; (2) the Respondents have a clear duty to perform; and (3) no other adequate remedy is available. *See* <u>Blaney v. United States</u>, 34 F.3d 509, 513 (7th Cir. 1994); <u>Iddir v. INS</u>, 301 F.3d 492, 499 (7th Cir. 2002).  Each of the aforementioned elements is addressed, respectively, below:

   (1)   8 U.S.C §1430(INA §319) provides that a person who obtains status as a lawful permanent resident by reason of his or her status as a spouse of a U.S. Citizen, and who has continuously resided in the United States after being admitted for permanent residency for at least 3 years, and who has been living in marital union with his or her U.S. Citizen spouse, is eligible to apply for naturalization.

   (2)   The Respondents have a duty to adjudicate properly filed applications for naturalization in a timely manner under the Administrative Procedures Act. As indicated above, 30 months have elapsed since the filing of his naturalization application, and no progress has been made towards

adjudicating the same.

Courts have consistently held that the INS has a non-discretionary duty to adjudicate applications within a reasonable time. *See* Yu v. Brown, 36 F.Supp.2d 922, 931 (D.N.M. 1999) ("All other courts addressing this question have held that INS has a non-discretionary duty to process applications for LPR status as well as all other immigration applications.")(citing various cases); Id. at 932 (holding that the INS "owes Plaintiffs a non-discretionary duty to complete processing of Plaintiffs' [LPR] applications in a reasonable time.") There is no substantive difference between adjudicating an application for permanent residency and an application for naturalization, except that equity would compel a lawful permanent resident's application to be treated at least equally to those filed by non-lawful permanent residents seeking that status through a petition.

(3) No other adequate remedy is available. Petitioner has exercised exceptional patience in waiting for the Chicago District Office to adjudicate his application. He has taken reasonable steps to inquire and facilitate the adjudication of his application. Further waiting is simply not warranted.

## COUNT II

### ATTORNEY'S FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

Plaintiffs bringing successful actions in the nature of a mandamus or petitions for hearings on delayed naturalization determinations may be entitled to a grant of attorney's fees and costs against the U.S.C.I.S. (legacy INS) under the Equal Access to Justice Act, 28 U.S.C. Sec . 2412 (d)(1)(A). This is so even though the United States Supreme Court has

7

ruled that EAJA does not authorize payment of attorney's fees to prevailing parties in administrative deportation proceedings. *See* Ardestani v. INS, 502 U.S. 129 (1991). This action is not part of an administrative deportation proceeding. Therefore it must be allowed.

To prevail under EAJA, a plaintiff must establish that he or she is a "prevailing party" in a suit against the United States or a federal agency or official. Fees are awarded unless the court finds that the position of the defendant was substantially justified or that special circumstances make an award unjust. To be a "prevailing party", the plaintiff need only be successful on a significant issue in the litigation. While the "catalyst doctrine" was abolished by our Supreme Court in Buckhannon Home Health Care v. West Virginia Department of Health, if this case is decided at a hearing on this petition, then Mr. Altayeh will be entitled to EAJA fees and costs.

WHEREFORE, Petitioner respectfully prays this Honorable Court to adjudicate Mr. Altayeh's naturalization application in court, or in the alternative, enter an order directing the U.S. CIS, Chicago District Office, to adjudicate his naturalization application in the next fourteen (14) days.

Respectfully Submitted,

_____
Robert Carpenter
One of Petitioner's Attorneys

CARPENTER & CAPT, CHTD.
Attorneys for Petitioners
53 W. Jackson Blvd., Ste. 1752
Chicago, IL  60604
t (312) 803-5110
f (312) 803-5112
e c&clawyers@carpenterandcapt.com
IL Attorney Registration #: 6210049

08CV4689
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

BR



**PERMANENT RESIDENT CARD**
NAME AL TAYEH, ABDULLAH
INS A# 078-851-866
Birthdate  Category  Sex
03/17/71  IR6  M
Country of Birth
Kuwait
CARD EXPIRES 08/20/13
Resident Since 05/22/03

C1USA0788518660LIN0310553550<<
7109175M1306204KWT<<<<<<<<<<2
AL<TAYEH<<ABDULLAH<<<<<<<<<<<<

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | NOTICE DATE<br>March 08, 2006 |
|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | INS A#<br>A 078 851 866 |
| APPLICATION NUMBER<br>LIN*000875501 | RECEIVED DATE<br>February 28, 2006 | PRIORITY DATE<br>February 28, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ABDULLAH ALTAYEH
# 15
9829 S NOTTINGHAM AVE
CHICAGO RIDGE IL  60415

PAYMENT INFORMATION:

Single Application Fee:   $400.00
Total Amount Received:   $400.00
Total Balance Due:   $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          September 17, 1971
Address Where You Live: 9829 S NOTTINGHAM AVE # 15
                        CHICAGO RIDGE IL 60415

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

08CV4689
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



LIN$000823173

BR

| Department of Homeland Security | MAGISTRATE JUDGE NOLAN | I-797C, Notice of Action |
|---|---|---|
| U.S. Citizenship and Immigration Services | BR | |

| Request for Applicant to Appear for Naturalization Initial Interview | | | NOTICE DATE May 09, 2006 |
|---|---|---|---|
| CASE TYPE N400 Application For Naturalization | | | INS A# A 078 851 866 |
| APPLICATION NUMBER LIN*000875501 | RECEIVED DATE February 28, 2006 | PRIORITY DATE February 28, 2006 | PAGE 1 of 1 |
| APPLICANT NAME AND MAILING ADDRESS ABDULLAH ALTAYEH #15 9829 S NOTTINGHAM AVE CHICAGO RIDGE IL 60415 | | Please come to: CHICAGO CUSA OFFICE 536 S. CLARK-- 3RD FLOOR CITIZENSHIP OFFICE FIRST FLOOR CHICAGO IL 60605 On (Date): Monday, June 26, 2006 At (Time): 07:45 AM | |

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

| INS Office Address: US IMMIGRATION AND NATURALIZATION SERVICE CITIZENSHIP OFFICE 539 SOUTH LA SALLE CHICAGO IL 60605- | INS Customer Service Number: (800) 375-5283 APPLICANT COPY  |
|---|---|

Form I-797C (Rev. 01/31/05) N

08CV4689
Jan 24 07 10:51p   Case 1:08-cv-04689   Document 1-5   Filed 08/18/2008   Page 1 of 1   P.3
U.S. Citizenship and Immigration Se  sMAGISTRATE JUDGE NOLAN   BR   **I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Interview Descheduled by INS | | | NOTICE DATE<br>June 15, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 078 851 866 |
| APPLICATION NUMBER<br>LIN*000875501 | RECEIVED DATE<br>February 28, 2006 | PRIORITY DATE<br>February 28, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ABDULLAH ALTAYEH
# 15
9829 S NOTTINGHAM AVE
CHICAGO RIDGE IL 60415

This is to advise you that, due to unforeseen circumstances, we have had to cancel the previously scheduled interview on Monday, June 26, 2006 at 07:45 AM for the above applicant. We regret any inconvenience this may cause.

We will advise you of any further action taken on this case, including any rescheduled interview information, under separate notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

INS Customer Service Number:
(800) 375-5283



Form I-797C (Rev. 01/31/05) N

08CV4689
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

BR

U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

Wednesday, October 25, 2006

ABDULLAH ALTAYEH
9829 S NOTTINGHAM AVE # 15
CHICAGO IL 60415

Dear abdullah altayeh:

On 10/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | lin-00-087-5501 |
| **Beneficiary (if you filed for someone else):** | altayeh, abdullah |
| **Your USCIS Account Number (A-number):** | A078851866 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

A final decision cannot be made on any application for naturalization until national security checks are complete and the local CIS office receives a response.

This process is sometimes very lengthy. Authorities in the Washington, D.C. area complete the checks and this office has no control over the process. In fact, it is not unusual for the checks to take well over six months.

It is important to understand that your case is not the only one pending security checks. There are hundreds of cases pending national security checks and a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

**Christina Abraham**

| | |
|---|---|
| **From:** | CAO PILOT [CAO.Pilot@dhs.gov] |
| **Sent:** | Thursday, February 22, 2007 3:56 PM |
| **To:** | Christina Abraham |
| **Subject:** | RE: AILA Inquiry |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | National Correspondence Unit Feedback.doc |

Dear Ms. Abraham:

Thank you for your email to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client, Mr. Abdullah Altayeh's naturalization case has been delayed. A check of our records establishes that his case is not yet ready for a decision, as the required investigation into his background remains open.

Unfortunately, we are unable to provide you information on when the background check will be completed. Until the background investigation is completed, we cannot move forward on his case. These background checks are required to be completed on all applicants who apply for the immigration benefit he is seeking. We will make every effort to make a decision on this case, as soon as the background checks are completed. If he does not receive a decision, or other notice of action from us within 6 months of the date of this letter, please contact customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

R.E. DeShazor
Customer Assistance
U.S. Citizenship and Immigration Services


    -----Original Message-----
    **From:** Christina Abraham [mailto:civilrights@cairchicago.org]
    **Sent:** Monday, January 29, 2007 4:53 PM
    **To:** Pilot, Cao
    **Subject:** AILA Inquiry

    RE: Abdullah Altayeh, A 078 851 866

    Dear Sir or Madam:

    I am writing on behalf of one of our clients. Abdullah Altayeh was scheduled to appear for the interview for naturalization on June 26, 2006. On June 15, 2006 he was given notice that his interview had been

2/27/2007

cancelled. I would like to inquire into the current status of our client's application; in particular whether the status is still pending a background investigation, and when our client will be scheduled for an interview.

Attached you will find a Notice of Entry of Appearance as Attorney (Form G-28), which authorizes our representation and advocacy on behalf of Abdullah Altayeh.

I look forward to your timely response.

Sincerely,


Christina Abraham
Civil Rights Coordinator
Council on American-Islamic Relations (CAIR)-Chicago
28 East Jackson Boulevard
Suite 1410
Chicago, IL 60604
Tel: 312-212-1520
Fax: 312-212-1530
E-mail: civilrights@cairchicago.org
www.cairchicago.org

**NOTE: This email message, including any attachments, may be a privileged and confidential communication. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone, and delete the original message immediately. Any advice given in this correspondence should not be considered legal advice and may not apply to your situation. For specific legal advice about your situation, you should consult an attorney licensed to practice in your area. This correspondence is not meant to give legal advice and does not create an attorney-client relationship**

2/27/2007

1-689° (Rev. 10-1-97)

O-REQ
G, WV

9  17  197

3  190  Brown Black   Kuwait

# FEDERAL BUREAU OF INVESTIGATION
### Criminal Justice Information Services Division
## CLARKSBURG, W.V. 26306



Please note the stamp on the back of the enclosed fingerprint card indicating the results of the search of the FBI Criminal Justice Information Services Division's files.

Enclosure(s)

FBI 04    4419

### Identification and Investigative Services Section

FBI/DOJ

NO ARREST RECORD

MAR - 4 2008

CJIS DIVISION FBI

08CV4689
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN

BR



U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529

**U.S. Citizenship and Immigration Services**

**FEB 4 - 2008**

HQ 70/23 & 70/28.1

## Interoffice Memorandum

**TO:**      Field Leadership

**FROM:**    Michael Aytes
             Associate Director, Domestic Operations

**SUBJECT:** Revised National Security Adjudication and Reporting Requirements

### Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

www.uscis.gov

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDULLAH ALTAYEH,<br><br>　　　Petitioner,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, CITIZENSHIP<br>AND IMMIGRANT SERVICES,<br>DON FERGUSON, in his official capacity<br>as District Director of Chicago District<br>Office, MICHAEL MUKASEY,<br>Attorney General of the United States,<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security, and<br>UNITED STATES OF AMERICA,<br><br>　　　Respondents | Case Number:<br><br>Alien #: 078-851-866<br><br>FILED: AUGUST 18, 2008<br>08CV4689<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE NOLAN<br><br>BR |

## VERIFICATION

I, ABDULLAH ALTAYEH, hereby verify that to the best of my knowledge and belief all matters contained in the above Petition for Writ of Mandamus are true and correct.

_____
ABDULLAH ALTAYEH

Signed and Sworn before me this __8__ day of August, 2008.

_____
Notary Public

Dated: 8/8/2008

NOTARY PUBLIC OFFICIAL SEAL
JARROD HODGES
State of West Virginia
My Comm. Expires Feb 5, 2017
6717 MacCorkle Ave S.E. Charleston, WV 25304