## United States District Court for the Northern District of Illinois

Case Number: 08CV4689  Assigned/Issued By: DAJ

Judge Name: LEFKOW  Designated Magistrate Judge: NOLAN

### FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other ____
[ ] $455.00

Number of Service Copies ____   Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 3028508

Date Payment Rec'd: 08/18/08   Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ ____
(Type of Writ)

 4  Original and  0  copies on  08/18/08  as to  CHERTOFF, FERGUSON,
(Date)
MUKASEY, FITZGERALD.