AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ABDULLAH ALTAYEH

V.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.

CASE NUMBER: 08CV4689

ASSIGNED JUDGE: JUDGE LEFKOW

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

**TO:** (Name and address of Defendant)

Patrick Fitzgerald
U.S. Attorney General
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARPENTER & CAPT, CHTD.
53 W. Jackson, Ste. 1752
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
--------------------------------------
**(By) DEPUTY CLERK**

**August 18, 2008**
--------------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 08/19/2008 |
| NAME OF SERVER (PRINT) Mike Carpenter | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

219 S. Dearborn Street, 5th Floor, Chicago IL 60604

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  08/19/2008          *Mike Carpenter*
             Date                 Signature of Server

53 W. Jackson Blvd., Suite 1752, Chicago IL 60604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.