FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDULLAH ALTAYEH, | )<br>) |
| Petitioner, | )<br>) |
| v. | ) Case Number: 08 CV 4689<br>) |
| UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, CITIZENSHIP<br>AND IMMIGRANT SERVICES,<br>DON FERGUSON, in his official capacity<br>as District Director of Chicago District<br>Office, MICHAEL MUKASEY,<br>Attorney General of the United States,<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security, and<br>UNITED STATES OF AMERICA, | )<br>) Alien #: 078-851-866<br>)<br>) Judge: LEFKOW<br>)<br>) Magistrate Judge: NOLAN<br>)<br>)<br>)<br>)<br>) |
| Respondents | ) |

## CERTIFICATE OF SERVICE

I, MIKE CARPENTER, hereby verify that the summonses listed below were served on the specified days:

1. Don Ferguson – Served on August 21, 2008 via certified mail.
2. Michael Mukasey – Served on August 27, 2008 via certified mail.
3. Michael Chertoff – Served on August 25, 2008 via certified mail
4. Patrick Fitzgerald – hand delivered a copy to Mr. Fitzgerald on August 19, 2008.

_Mike Carpenter_
MIKE CARPENTER